UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 8:15-cr-57-T-30EAJ

DWAYNE FITZGERALD JACKSON, JR.

**FORFEITURE MONEY JUDGMENT
AND PRELIMINARY ORDER OF FORFEITURE**

Pursuant to 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), and Rule 32.2(b)(2), Federal Rules of Criminal Procedure, the United States moves (Doc. 47) for a forfeiture money judgment in the amount of $8,454.00 against defendant Dwayne Fitzgerald Jackson, Jr., representing the amount of proceeds he obtained as a result of the armed robbery offenses in violation of 18 U.S.C. § 1951, as charged in Counts One through Seven of the Superseding Information, and a preliminary order of forfeiture pursuant to 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c), and Rule 32.2(b)(2) for the following firearm, which was involved in the violation of 18 U.S.C. § 924(c)(1)(A)(ii), as charged in Count Eight:  a Hi-Point, model CF380, .380 caliber, semi-automatic pistol, serial number P8075243.

The defendant pleaded guilty to all eight counts of the Superseding Information, and the Court adjudged him guilty of these offenses.  Being fully advised of the relevant facts, the Court finds that the defendant obtained $8,454.00

in proceeds as a result of the violations of 18 U.S.C. § 1951 as charged in Counts One through Seven of the Superseding Information.

In addition, the firearm described above was involved in the violation of 18 U.S.C. § 924(c)(1)(A)(ii), as charged in Count Eight.

Accordingly, it is **ORDERED** that the motion (Doc. 47) of the United States is GRANTED.

It is FURTHER ORDERED that, pursuant to 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), and Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure, the defendant is liable for a forfeiture money judgment in the amount of $8,454.00.

It is FURTHER ORDERED, that, pursuant to 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c), and Rule 32.2(b)(2), the Hi-Point, model CF380, .380 caliber, semi-automatic pistol, serial number P8075243 is FORFEITED to the United States of America for disposition according to law, subject to the provisions of 21 U.S.C. § 853(n), as incorporated by 28 U.S.C. § 2461(c).

In accordance with Rule 32.2(b)(4) and the defendant's plea agreement (Doc. 33, p. 10), this order of forfeiture is final as to the defendant.

The Court retains jurisdiction to complete the forfeiture and disposition of any property belonging to the defendant that the government is entitled to seek under 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c), as a substitute asset in satisfaction of the defendant's money judgment.

**DONE** and **ORDERED** in Tampa, Florida, on November 3rd, 2015.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
All Parties/Counsel of Record

F:\Docs\2015\15-cr-57 forfeiture order 47.docx